

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00212-CV

| | | |
|---|---|---|
| Gerardo DeLeon | § | From the 141st District Court |
| | § | of Tarrant County (141-228560-08) |
| v. | | |
| | § | September 18, 2014 |
| Thos. S. Byrne, Ltd. f/k/a Thos. S. Byrne, Inc. | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Gerardo DeLeon shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Sue Walker_____
      Justice Sue Walker